IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN HOLMES, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-00540-MJR-DGW |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PROTECTIVE ORDER**

Pending before the Court is Defendant's Motion for Protective Order (Doc. 13), filed on August 23, 2010. Plaintiffs have not filed an objection to this motion. In accordance with Federal Rule of Civil Procedure 26(c), the Court finds there is a good cause to enter an order protecting the Defendant's confidential information. Wherefore, the Court hereby **GRANTS** Defendant's Motion for Protective Order. The parties are reminded that should any disputes arise regarding the scope or application of this protective order, they are required to contact the Court before filing a motion.

**IT IS HEREBY ORDERED:**

1. The substance and/or content the Track Imaging Recording video, dated June 23, 2008, shall not be disclosed, produced or disseminated to the Internet or any electronic media by Plaintiffs or their attorneys (individually and/or through counsel) or outside counsel of record for Plaintiffs including all partners, counsel and associate attorneys of said counsels' law firms and all paralegal assistants, stenographic and clerical employees thereof when operating under the direct supervision of such attorneys.

2. The Track Imaging Recording video, dated June 23, 2008, shall be maintained and preserved in a manner that will reasonably ensure that its confidential status will be protected.  Said video shall not be used by Plaintiffs for any other purpose other than the prosecution of this lawsuit.

3. Within thirty days after the final resolution of this litigation, parties in possession of the Track Imaging Recording video, dated June 23, 2008, shall return it to counsel for the Defendant.

4. Nothing in this Order prohibits the public from challenging the Protective Order.

**IT IS SO ORDERED.**

**DATED:   September 16, 2010**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**